# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DEOLINDA LARSEN, BRYANNA SPICER, and LAURA BEYTIA, | § § § |
| Plaintiff, | § § |
| V. | § CIVIL ACTION NO. 4:09-CV-613 § |
| CRÈME DE LA CRÈME, INC., ALLEN CRÈME DE LA CRÈME, L.P., and FRISCO CRÈME DE LA CRÈME, L.P., | § § § § |
| Defendants. | § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 26, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Re-Urged Motion for Conditional Collective Action Certification and for Court-Supervised Notice to Others Similarly Situated to "Opt-In" Pursuant to the Fair Labor Standards Act Section 216(b) (Dkt. 40) be DENIED.

The court, having made a *de novo* review of the objections raised by Plaintiffs and Defendants' response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Plaintiffs' Re-Urged Motion for Conditional Collective Action Certification and for Court-Supervised Notice to Others Similarly Situated to "Opt-In" Pursuant to the Fair Labor Standards Act Section 216(b) (Dkt. 40) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2011.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE